UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE,<br>                   Plaintiff,<br><br>      v.<br><br>EVOLVE, LLC,<br>CHRISTOPHER SWANSON,<br>                   Defendants. | Case No. 1:19-cv-01147-TNM |

**MOTION FOR EXTENSION OF TIME TO POSTPONE MEDIATION**

Defendants Evolve, LLC and Christopher Swanson, respectfully request a postponement of the scheduled Mediation Session set for February 10, 2020.  Defendant, Christopher Swanson, who has been sued individually and as the owner/representative of defendant, Evolve, LLC is currently unavailable, out of the country on extended travel for family reasons.  Mr. Swanson lives in the Virgin Islands and his participation is necessary for a successful mediation session. He will be able to travel to Washington DC for mediation as early as February 26, 2020.  We respectfully request a postponement of the mediation until that time. We apologize for this late request and hope that the grant of this motion will not inconvenience the Magistrate Judge or the opposing counsel.

The undersigned counsel sought to gain consent for this motion, but despite an email message and a phone call, was unable to reach Plaintiff's counsel.

WHEREFORE, for the reasons stated herein, undersigned counsel request that this Honorable Court grant the instant motion and postpone the Mediation Session to a mutually convenient date.

February 6, 2019

                                            Respectfully submitted,

                                             /s/   David H. Dickieson
                                          David H. Dickieson (DC Bar #321778)

SCHERTLER & ONORATO, LLP
901 New York Avenue, NW, Suite 500W
Washington, DC 20001
(202) 628-4199

*Counsel for all Defendants*

## CERTIFICATE OF SERVICE

I, David H. Dickieson, hereby certify that on February 6, 2020, I caused the foregoing Consent Motion to be electronically filed with the United States District Court for the District of Columbia through the Court's ECF service, thereby serving copies on all counsel of record.

*/s/ David H. Dickieson*
David H. Dickieson