# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE,<br><br>        Plaintiff,<br>  v.<br><br>EVOLVE, LLC, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-1147 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 31, 2019, counsel jointly submit this status report regarding efforts to reach an agreement at mediation. On February 24, 2020, all parties attended voluntary mediation before Magistrate Judge Deborah Robinson. The parties were unable to reach an agreement at mediation.

The parties therefore ask the Court to enter an order concluding mediation to proceed to discovery in this case. The parties are currently working together to amend the previously filed proposed schedule for discovery (ECF No. 14, at page 4). The parties request that the Court allow them until Monday March 2, 2020 to jointly submit an amended proposed schedule to the Court for its consideration.

Respectfully submitted,

/s/_____
Tracey Zhang (court-certified student attorney)
Heather Abraham (D.C. Bar No. 1616335)
Aderson Francois (D.C. Bar No. 498544)
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 352
Washington, D.C. 20001
(202) 662-9546
Heather.Abraham@georgetown.edu

Morgan Williams (admitted *pro hac vice*)
NATIONAL FAIR HOUSING ALLIANCE
1101 Vermont Avenue NW, Suite 710
Washington, D.C. 20005
(202) 898-1661
mwilliams@nationalfairhousing.org

*Attorneys for Plaintiff*


/s/_____
David Dickieson (D.C. Bar No. 321778)
SCHERTLER & ONORATO, LLP
901 New York Avenue NW, Suite 500W
Washington, DC 20001
(202) 628-4199
ddickieson@schertlerlaw.com

*Attorney for Defendants*